**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KING,<br>Plaintiff,<br>v.<br>MICHAEL MITCHELL, et al,<br>Defendants. | Civil Action No. 25-cv-30065-DLC<br><br>**ORDER** |

**CABELL, Magistrate Judge**

Mark King, while in custody at the Hampden County Correctional Center, filed a civil complaint pursuant to 42 U.S.C. § 1983 for events that took place while he was in custody at the Essex County Correctional Facility. ECF No. 1. At that time, the case was assigned to the Court's Western Division in Springfield, Massachusetts. ECF 3. That Court allowed King's motion for leave to proceed *in forma pauperis*, see ECF 10, and ordered the matter transferred to the Eastern Division. ECF 11. The matter was assigned to me on January 12, 2026, ECF 14. On January 16, 2026, King filed a pleading that the Clerk entered on the docket as an addendum to the original complaint. ECF 15. The court reads the pleading to be a proposed amended complaint.

Motions to amend pleadings before trial are governed by Rule 15(a) of the Federal Rules of Civil Procedure, and King may amend his complaint once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). An amended complaint normally becomes the operative pleading and replaces an original complaint. *Brait Builders Corp. v. Massachusetts, Div. of Capital Asset Mgt.*, 644 F.3d 5, 9 (1st Cir. 2011). As noted, the Court will treat the addendum as King's amended complaint.

The Court hereby orders:

1. The Clerk shall provide King with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package).

2. The Clerk shall issue summonses for service of the amended complaint on the named defendants. King is responsible for ensuring that the summons, the amended complaint, the consent form and this order are served on the named defendants.

3. At this time, summonses will not issue as to the defendants identified as "John Doe" and "Jane Doe." If, through discovery, King discovers the true names of these defendants, he "should act promptly to amend the complaint to substitute the correct parties and to dismiss any baseless claims." *Martinez-Rivera v. Sanchez Ramos*, 498 F.3d 3, 8 n.5 (1st Cir. 2007). He may then also file a motion for issuance of a summons for these defendants. If a summons issues, the United States Marshal shall complete service as directed by King with all costs of service to be advanced by the United States.

4. Because King is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If King chooses to have service completed by the USMS, he shall provide the agency with all papers for service and a completed USM-285 form for each party to be served. The USMS shall then complete service, as directed by King, with all costs of service to be advanced by the United States The Clerk shall provide plaintiff with forms and instructions for service by the USMS.

5. King shall have 90 days from the date of the issuance of the summonses to complete service. Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D.

Mass.).

6. The parties shall indicate their consent or refusal to the final assignment of this case to the magistrate judge by completing and separately filing the form entitled "Notice". Consent to the final assignment of the case to the magistrate judge is entirely voluntary, and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: September 29, 2026